JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION

| | |
|---|---|
| RICHARD AND KARLA BEVARD,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A. AND MTC FINANCIAL INC. DBA TRUSTEE CORPS BLANK & ROME, LLP AND THE BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2004-7 AND JOHN DOES 1 - 10,<br><br>Defendants. | Case No. 5:14-cv-02300 VAP (KKx)<br>Hon. Virginia A. Phillips<br>Ctrm. 2<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Action Filed:  November 7, 2014<br>FAC Filed:  April 2, 2015<br>Trial Date:  None Set |

The Court, having considered the parties' Joint Stipulation for Dismissal Without Prejudice, and **GOOD CAUSE APPEARING THEREFOR,**

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within SIXTY (60) DAYS, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED: May 28, 2015

*/s/ Virginia A. Phillips*

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE

70000.2041/4129411.1

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On May 27, 2015, I served true copies of the following document(s):

**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

on the interested parties in this action as follows:

Richard Bevard                                             Plaintiffs, In Propria Persona
Karla Bevard
P.O. Box 2910
Lake Arrowhead. CA  92352

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 27, 2015, at Irvine, California.

                                                          Carla Durkee